IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**NATIONAL CITY BANK, f/k/a**
**NATIONAL CITY BANK OF**
**PENNSYLVANIA,**

    **Plaintiff,**

v.                                                                            **Civil Action No. 3:07-CV-110**
                                                                           **(Judge Bailey)**

**AH RENTAL PROPERTIES, LLC,**
**AMERICAN HOMES BY UNITED**
**BROTHERS, LLC, MILLS FARM LLC,**
**AH LAND HOLDINGS, LLC f/k/a AH**
**LAND DEVELOPMENT, DEEPINDER**
**SINGH GREWAL, JOHN E. PETRY,**
**ROBERT L. PETRY, and**
**HARINDER SIDHU,**

    **Defendants**

## ORDER

On this day, the above-styled matter came before the Court for consideration of the plaintiff's Motion for Default Judgment Against Deepinder Singh Grewal [Doc. No. 44] filed against defendant Deepinder Singh Grewal, pursuant to Federal Rule of Civil Procedure 55(a), for the defendant's failure to plead or otherwise defend as provided by these rules. Defendant, Deepinder Singh Grewal, or counsel for Deepinder Singh Grewal, did not appear.

On August 24, 2007, AH Rental Properties was properly served with the Summons and Complaint by Process Server James Reap. The defendant did not answer or otherwise defend. Accordingly, a Motion for Default Judgment [Doc. No. 44] and an Affidavit [Doc. No. 44, Ex. 4] were filed on December 31, 2007, and served on December 31, 2007.

Therefore, the plaintiff's Motion for Default Judgment Against Deepinder Singh Grewal [Doc. No. 44] is hereby **GRANTED** as a result of his failure to appear or otherwise defend as provided by Fed. R. Civ. P. 55(a). Plaintiff is hereby awarded $11,069,595.31 in principal, $327,991.49 in interest, and $550,655.27 in late fees, for a total of $11,948,242.07 as of November 16, 2007, exclusive of reasonable attorneys' fees and costs of collection, plus interest from November 17, 2007, through the date of entry judgment in the amount of $2,510.03 per day, plus post-judgment interest on costs of collection.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED**: February 20, 2008.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE